# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Herald Binisio Lucero Valle<br>Alba Rio Leilani Marino, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00067-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Laura B. Zuchowski<br>Ur M. Jaddou, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2024 Order.

August 5, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court